**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CRAIG S. NEWMAN
Nevada Bar No. 3780
Craig.Newman@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for CHECK CITY PARTNERSHIP, LLC DBA CHECK CITY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NASHA NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHECK CITY PARTNERSHIP, L.L.C, DBA CHECK CITY,<br><br>Defendant. | Case No. 2:25-cv-01038-RFB-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR RESPONSE TO COMPLAINT**<br><br>**FIRST REQUEST** |

IT IS HEREBY STIPULATED between Plaintiff, NASHA NELSON ("Plaintiff"), by and through her counsel of record Nathan Ring, Esq. and Andrew Mize, Esq. of the law firm STRANCH, JENNINGS & GARVEY, PLLC, Kevin Laukaitis of LAUKAITIS LAW LLC; and Defendant CHECK CITY PARTNERSHIP, LLC dba CHECK CITY ("Defendant"), by and through its counsel of record, Craig S, Newman, Esq. of LEWIS BRISBOIS BISGAARD & SMITH, LLP that the time to respond to Plaintiff's Complaint [ECF No. 1] currently due July 7, 2025 is hereby extended to and including July 18, 2025.  The agreed-to extension is in good faith and stipulated between the aforementioned parties.

/ / /

/ / /

/ / /

159617562.1

Case No. 2:25-cv-01038-RFB-BNW

STIPULATION AND ORDER EXTENDING TIME FOR RESPONSE TO COMPLAINT

1  IT IS HEREBY STIPULATED.

2  DATED this 7th day of July, 2025

   DATED this 7th day of July, 2025

3  STRANCH, JENNINGS & GARVEY, PLLC

   LEWIS BRISBOIS BISGAARD & SMITH, LLP

5  By:   /s/ *Nathan Ring*
   NATHAN RING
6  Nevada Bar No. 12078
7  3100 W. Charleston Blvd., Suite 208
   Las Vegas, Nevada 89102

   By:   /s/ *Craig S. Newman*
   CRAIG S. NEWMAN
   Nevada Bar No. 3780
   Craig.Newman@lewisbrisbois.com
   6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118

8  ANDREW MIZE
9  STRANCH, JENNINGS & GARVEY, PLLC
10 The Freedom Center 223
11 Rosa L. Parks Avenue, Suite 200
   Nashville, TN 37203

   Attorneys for CHECK CITY PARTNERSHIP, LLC DBA CHECK CITY

12
13 LAUKAITIS LAW LLC
   Kevin Laukaitis*
14 954 Avenida Ponce De Leon
   Suite 205, #10518
15 San Juan, PR 00907

16 Attorneys for Plaintiff

## ORDER

**IT IS SO ORDERED.**

_____[signature]_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 8, 2025