**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CRAIG S. NEWMAN
Nevada Bar No. 3780
Craig.Newman@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for CHECK CITY PARTNERSHIP, LLC DBA CHECK CITY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NASHA NELSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHECK CITY PARTNERSHIP, L.L.C, DBA CHECK CITY,<br><br>    Defendant. | Case No. 2:25-cv-01038-RFB-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR RESPONSE TO COMPLAINT**<br><br>**SECOND REQUEST** |

IT IS HEREBY STIPULATED between Plaintiff, NASHA NELSON ("Plaintiff"), by and through her counsel of record Nathan Ring, Esq. and Andrew Mize, Esq. of the law firm STRANCH, JENNINGS & GARVEY, PLLC, Kevin Laukaitis of LAUKAITIS LAW LLC; and Defendant CHECK CITY PARTNERSHIP, LLC dba CHECK CITY ("Defendant"), by and through its counsel of record, Craig S, Newman, Esq. of LEWIS BRISBOIS BISGAARD & SMITH, LLP that the time to respond to Plaintiff's Complaint [ECF No. 1] currently due July 18, 2025 is hereby extended to and including August 18, 2025.  The agreed-to extension is in good faith and stipulated between the aforementioned parties.

/ / /

/ / /

/ / /

160168897.1

Case No. 2:25-cv-01038-RFB-BNW

STIPULATION AND ORDER EXTENDING TIME FOR RESPONSE TO COMPLAINT

IT IS HEREBY STIPULATED.

DATED this 18th day of July, 2025

STRANCH, JENNINGS & GARVEY, PLLC

By: /s/ *Nathan Ring*
NATHAN RING
Nevada Bar No. 12078
3100 W. Charleston Blvd., Suite 208
Las Vegas, Nevada 89102

STRANCH, JENNINGS & GARVEY, PLLC
Andrew Mize *[Admitted Pro Hac Vice]*
The Freedom Center 223
Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203

LAUKAITIS LAW LLC
Kevin Laukaitis *[Admitted Pro Hac Vice]*
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907

Attorneys for Plaintiff

DATED this 18th day of July, 2025

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: /s/ *Craig S. Newman*
CRAIG S. NEWMAN
Nevada Bar No. 3780
Craig.Newman@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

Attorneys for CHECK CITY PARTNERSHIP, LLC DBA CHECK CITY

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 22, 2025