1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
CRAIG S. NEWMAN
2 Nevada Bar No. 3780
Craig.Newman@lewisbrisbois.com
3 6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
4 Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for CHECK CITY PARTNERSHIP,
LLC DBA CHECK CITY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NASHA NELSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHECK CITY PARTNERSHIP, L.L.C, DBA CHECK CITY,<br><br>    Defendant. | Case No. 2:25-cv-01038-RFB-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR RESPONSE TO COMPLAINT**<br><br>**THIRD REQUEST** |

IT IS HEREBY STIPULATED between Plaintiff, NASHA NELSON ("Plaintiff"), by and through her counsel of record Nathan Ring, Esq. and Andrew Mize, Esq. of the law firm STRANCH, JENNINGS & GARVEY, PLLC, Kevin Laukaitis of LAUKAITIS LAW LLC; and Defendant CHECK CITY PARTNERSHIP, LLC dba CHECK CITY ("Defendant"), by and through its counsel of record, Craig S, Newman, Esq. of LEWIS BRISBOIS BISGAARD & SMITH, LLP that the time to respond to Plaintiff's Complaint [Dkt No. 1] be extended an additional sixty days to on or before October 17, 2025. Defendant hereby reserves and does not waive any defenses or arguments.

Currently, the extended deadline for Defendant's response is August 18, 2025.[1] Counsel for the parties have met and conferred regarding the named parties and the extensive factual allegations of the Complaint. Both parties are in the process of gathering additional factual information and data. The parties hereby stipulate to additional time for Defendant to respond to the Complaint in order to further examine and investigate the facts at issue and to consider the procedural posture of the case. The parties believe that further investigation and discussion will help conserve the resources of the parties and the Court.

Because good cause exists for the extension, the parties respectfully request that the Court grant this Stipulation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The parties previously stipulated to a fourteen-day extension (Dkt. 9), followed by a stipulated 30-day extension (Dkt. 13), to enable recently-engaged legal counsel to more fully understand the case. The present requested extension is intended to allow *both* parties to investigate and discuss this matter.



1  The agreed-to extension is in good faith and stipulated between the aforementioned parties.

2  IT IS HEREBY STIPULATED.

4  DATED this 15th day of August, 2025           DATED this 15th day of August, 2025

5  STRANCH, JENNINGS & GARVEY, PLLC           LEWIS BRISBOIS BISGAARD & SMITH, LLP

7  By: /s/ Nathan Ring                                               By: /s/ Craig S. Newman
   NATHAN RING                                                    CRAIG S. NEWMAN
8  Nevada Bar No. 12078                                           Nevada Bar No. 3780
   3100 W. Charleston Blvd., Suite 208                            Craig.Newman@lewisbrisbois.com
9  Las Vegas, Nevada 89102                                        6385 S. Rainbow Boulevard, Suite 600
                                                                  Las Vegas, Nevada 89118

   STRANCH, JENNINGS & GARVEY, PLLC
   Andrew Mize *[Admitted Pro Hac Vice]*                          Attorneys for CHECK CITY
   The Freedom Center 223                                         PARTNERSHIP, LLC DBA CHECK
   Rosa L. Parks Avenue, Suite 200                                CITY
   Nashville, TN 37203

   LAUKAITIS LAW LLC
   Kevin Laukaitis *[Admitted Pro Hac Vice]*
   954 Avenida Ponce De Leon
   Suite 205, #10518
   San Juan, PR 00907

   Attorneys for Plaintiff

## ORDER

This Court **GRANTS in part and DENIES in part** the above stipulation. Defendant will have an additional 30 days to respond to the complaint. Answer due 9/17/2025. **IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 19, 2025