Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: (725) 235-9750
lasvegas@stranchlaw.com

Andy Mize [*Admitted Pro Hac Vice*]
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center 223
Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
amize@stranchlaw.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis [*Admitted Pro Hac Vice*]
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NASHA NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHECK CITY PARTNERSHIP, L.L.C, DBA CHECK CITY,<br><br>Defendant. | Case No. 2:25-cv-01038-RFB-BNW<br><br>**PLAINTIFF'S CONSENT MOTION TO EXTEND ITS DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff, Nasha Nelson ("Plaintiff"), by and through her counsel of record Nathan Ring, Esq. and Andrew Mize, Esq. of the law firm Stranch, Jennings & Garvey, PLLC, and Kevin Laukaitaks of Laukaitis Law LLC, respectfully moves for an extension of her deadline to respond to Defendant Check City Partnership, LLC dba Check City's ("Defendant") Motion to Dismiss,

Dkt. 17, and be extended an additional fourteen (14) days to on or before October 15, 2025. This is the first motion to extend time to respond Defendant's Motion to Dismiss. In support, Plaintiff states as follows:

1. Plaintiff filed this Action on June 12, 2025.
2. On July 7, 2025, Defendant filed an unopposed Stipulation and Order Extending Time for Response to Complaint, Dkt. 9, which was subsequently granted on July 8, 2025, Dkt. 10.
3. Further, Defendant filed a second unopposed Stipulation and Order Extending Time for Response to Complaint on August 15, 2025, Dkt. 15, which was subsequently granted on August 19, 2025. Dkt. 16.
4. Then, on September 17, 2025, the Defendant filed the now-pending motion to dismiss. Dkt. 17.
5. Defendant's motion involves multiple complex factual and legal issues, and more time is needed to make a sufficient response.
6. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, extensions of time are permissible upon a showing of good cause. The complexity of the motion constitutes good cause.
7. Defendant has seen the motion and consents to the relief sought herein.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline to respond to Defendant's motion to dismiss to Oct. 15, 2025, and the Defendant's Reply to Plaintiff's Response to the Motion to Dismiss to October 22, 2025.

Dated: October 1, 2025                                    Respectfully submitted,

By:    */s/ Nathan R. Ring*
       Nathan R. Ring
       Nevada State Bar No. 12078
       **STRANCH, JENNINGS & GARVEY, PLLC**
       3100 W. Charleston Boulevard, Suite 208
       Las Vegas, NV 89102
       Telephone: (725) 235-9750
       lasvegas@stranchlaw.com

Andy Mize [*Admitted Pro Hac Vice*]
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center 223
Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
amize@stranchlaw.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis [*Admitted Pro Hac Vice*]
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed via the Court's CM/ECF electronic filing system and thus served on all counsel of record this 1st day of October 2025.

CRAIG S. NEWMAN
Nevada Bar No. 3780
Craig.Newman@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendants*

/s/    Michelle Wade

Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: (725) 235-9750
lasvegas@stranchlaw.com

Andy Mize [*Admitted Pro Hac Vice*]
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center 223
Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
amize@stranchlaw.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis [*Admitted Pro Hac Vice*]
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

*Attorneys for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NASHA NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHECK CITY PARTNERSHIP, L.L.C, DBA CHECK CITY,<br><br>Defendant. | Case No. 2:25-cv-01038-RFB-BNW<br><br>**ORDER ON PLAINTIFF'S CONSENT MOTION TO EXTEND ITS DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Nasha Nelson ("Plaintiff"), by and through her undersigned counsel, respectfully submits this unopposed motion for an extension of her deadline to respond to Defendant Check City Partnership, LLC dba Check City's ("Defendant")

Motion to Dismiss, Dkt. 17, and be extended an additional fourteen (14) days to on or before October 15, 2025. As grounds for this motion, Plaintiff states they require an additional fourteen (14) days to respond to the Motion to Dismiss due to the complexity of the motion. Plaintiff respectfully requests, and counsel for Defendant have confirmed they do not oppose, a fourteen (14) day extension of Plaintiff's deadline to file a Response to the Defendants' Motion to Dismiss, until and including Oct. 15, 2025.

This Court hereby **GRANTS** the Plaintiff's Consent Motion to Extend Its Deadline to Respond to Defendant's Motion to Dismiss. Plaintiff's response to Defendant's Motion to Dismiss is due on October 15, 2025, and the Defendants' Reply to Plaintiff's Response to the Motion to Dismiss to October 22, 2025.

**IT IS SO ORDERED** this ____2nd____ day of _____October_____, 2025.



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**