Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: (725) 235-9750
lasvegas@stranchlaw.com

Andy Mize [*Admitted Pro Hac Vice*]
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center 223
Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
amize@stranchlaw.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis [*Admitted Pro Hac Vice*]
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

*Attorneys for Plaintiff and the Putative Class*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NASHA NELSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHECK CITY PARTNERSHIP, L.L.C, DBA CHECK CITY,<br><br>    Defendant. | Case No. 2:25-cv-01038-RFB-BNW<br><br>**NOTICE OF DISMISSAL** |

Plaintiff, Nasha Nelson ("Plaintiff"), by and through her counsel, hereby voluntarily dismisses this action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No answer or motion for summary judgment has been filed.

Dated: October 8, 2025        Respectfully submitted,

By:  /s/  *Nathan R. Ring*
NATHAN RING
Nevada Bar No. 12078
3100 W. Charleston Blvd., Suite 208
Las Vegas, Nevada 89102

STRANCH, JENNINGS & GARVEY, PLLC
Andrew Mize *[Admitted Pro Hac Vice]*
The Freedom Center 223
Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203

LAUKAITIS LAW LLC
Kevin Laukaitis *[Admitted Pro Hac Vice]*
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed via the Court's CM/ECF electronic filing system and thus served on all counsel of record this 8th day of October 2025.

CRAIG S. NEWMAN
Nevada Bar No. 3780
Craig.Newman@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendants*

/s/   Michelle Wade